## Commonwealth *v.* Boerger, Appellant.

Submitted December 7, 1970. *Michael J. Stack, Jr., Joseph A. Prim, Jr., Steven P. Gallagher,* and *O'Halloran, Stack & Smith,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.